JONATHAN A. STIEGLITZ
(SBN 278028)
Jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Ste. 800
Los Angeles, California 90064
Telephone: (323) 979-2063
Facsimile:  (323) 488-6748

Attorneys for Plaintiffs

Veronica Tizcareno, Advance Weight Loss Surgical
Association, Minimally Invasive Surgical Association

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Veronica Tizcareno, Advance Weight Loss Surgical Association, Minimally Invasive Surgical Association<br><br>Plaintiff,<br><br>v.<br><br>Freedom Mortgage Corporation and DOES 1-10,<br><br>Defendants. | Case No.: 2:23-cv-01665<br><br>STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

Defendant, Freedom Mortgage Corporation (hereinafter "DEFENDANT") and Plaintiff, Veronica Tizcareno, Advance Weight Loss Surgical Association, Minimally Invasive Surgical Association, by and through their respective attorneys of record, hereby stipulate as follows:

1. The above-entitled action shall be dismissed in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1); and

2. Each party shall bear their own costs and fees.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: | April 25, 2023 | **LAW OFFICES OF JONATHAN A. STIEGLITZ** |
| | | By: */s/ Jonathan Stieglitz* |
| | |     Jonathan Stieglitz |
| | |     Attorney for Plaintiff |
| | | HEALTHCARE ALLY MANAGEMENT OF CALIFORNIA, LLC |
| Dated: | April 25, 2023 | **BLANK ROME LLP** |
| | | By: /s/ Barak Bassman |
| | |     Barak Bassman |
| | |     Attorneys for Defendant |
| | | FREEDOM MORTGAGE CORP. |