JONATHAN A. STIEGLITZ
(SBN 278028)
Jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Ste. 800
Los Angeles, California 90064
Telephone: (323) 979-2063
Facsimile:  (323) 488-6748

Attorneys for Plaintiffs

Veronica Tizcareno, Advance Weight Loss Surgical
Association, Minimally Invasive Surgical Association

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Veronica Tizcareno, Advance Weight Loss Surgical Association, Minimally Invasive Surgical Association<br><br>Plaintiff,<br><br>v.<br><br>Freedom Mortgage Corporation and DOES 1-10,<br><br>Defendants. | Case No.: 2:23-cv-01665<br><br>STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

Defendant, Freedom Mortgage Corporation (hereinafter "DEFENDANT") and Plaintiff, Veronica Tizcareno, Advance Weight Loss Surgical Association, Minimally Invasive Surgical Association, by and through their respective attorneys of record, hereby stipulate as follows:

1.    The above-entitled action shall be dismissed in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1); and

2.    Each party shall bear their own costs and fees.

**IT IS SO STIPULATED.**

1

2    Dated:        April 26, 2023              **LAW OFFICES OF JONATHAN A. STIEGLITZ**

3

4                                              By: */s/ Jonathan Stieglitz*

5                                                  Jonathan Stieglitz
                                                   Attorney for Plaintiff
6
                                               HEALTHCARE ALLY
7                                              MANAGEMENT OF CALIFORNIA, LLC

8    Dated:        April 26, 2023              **BLANK ROME LLP**

9

10

11                                             By: /s/ Barak Bassman

12                                                 Barak Bassman
                                                   Attorneys for Defendant
13                                             FREEDOM MORTGAGE CORP.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **ATTESTATION**

I, Jonathan A. Stieglitz, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 26, 2023                    *s/ Jonathan A. Stieglitz*
                                                        Jonathan A. Stieglitz

## <u>PROOF OF SERVICE BY ELECTRONIC POSTING</u>

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On April 26, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 26, 2023, at Los Angeles, California.

Dated: April 26, 2023              *s/ Jonathan A. Stieglitz*
                                              Jonathan A. Stieglitz